944

No. 74–1499. ENOMOTO, CORRECTIONS DIRECTOR, ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (WRIGHT ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kerr* v. *United States District Court for the Northern District of California, ante,* p. 394.

No. 75–969. S. D. COHN & CO. ET AL. *v.* WOOLF ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *TSC Industries, Inc.* v. *Northway, Inc., ante,* p. 438.

No. 75–1481. STOVER ET AL. *v.* CHICANO POLICE OFFICERS ASSN. ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Washington* v. *Davis, ante,* p. 229.

No. 75–1728. ATKINS, U. S. DISTRICT JUDGE, ET AL. *v.* UNITED STATES. Certificate from the United States Court of Claims dismissed. MR. JUSTICE STEWART, MR. JUSTICE POWELL, and MR. JUSTICE STEVENS would accept the certificate.

No. A–1017. COLLINS *v.* UNITED STATES. C. A. 8th Cir. Application for bail, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 74–1106. UNITED STATES *v.* WASHINGTON. Ct. App. D. C. [Certiorari granted, *ante,* p. 905.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted.